**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Middle District of North Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LOG, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Olmsted Village East** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-1941703** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**111-222 Central Park Avenue**<br>**Pinehurst, NC**<br>ZIP Code **28374** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Moore** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**285 Olmsted Boulevard, Suite 7**<br>**Pinehurst, NC**<br>ZIP Code **28374** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **LOG, L.L.C.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | LOG, L.L.C. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| --- | --- |
| **X** **/s/ Gregory B. Crampton/Kevin L. Sink** <br> Signature of Attorney for Debtor(s) <br><br> **Gregory B. Crampton/Kevin L. Sink 991/21041** <br> Printed Name of Attorney for Debtor(s) <br><br> **Nicholls & Crampton, PA** <br> Firm Name <br><br> **3700 Glenwood Avenue** <br> **Suite 500** <br> **Raleigh, NC 27612** <br><br> Address <br><br> **919-781-1311  Fax: 919-782-0465** <br> Telephone Number <br><br> **March 3, 2010** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** **/s/ Marty R. McKenzie** <br> Signature of Authorized Individual <br><br> **Marty R. McKenzie** <br> Printed Name of Authorized Individual <br><br> **Manager/Member** <br> Title of Authorized Individual <br><br> **March 3, 2010** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **LOG, L.L.C.**
      Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Aberdeen Exterminating** P.O. Box 493 Aberdeen, NC 28315 | **Aberdeen Exterminating** P.O. Box 493 Aberdeen, NC 28315 | **Trade Debt** | | **Unknown** |
| **Carthage Saw & Mower** P.O. Box 893 Carthage, NC 28327 | **Carthage Saw & Mower** P.O. Box 893 Carthage, NC 28327 | **Trade Debt** | | **Unknown** |
| **Century Link** P.O. Box 96064 Charlotte, NC 28296-0064 | **Century Link** P.O. Box 96064 Charlotte, NC 28296-0064 | | | 120.00 |
| **Erie Insurance** 100 Erie Ins. Place Erie, PA 16530 | **Erie Insurance** 100 Erie Ins. Place Erie, PA 16530 | **Insurance** | | 1,607.00 |
| **Erie Insurance** 100 Erie Ins. Place Erie, PA 16530 | **Erie Insurance** 100 Erie Ins. Place Erie, PA 16530 | | | 197.00 |
| **Erie Insurance Group** 100 Erie Place Erie, PA 16530 | **Erie Insurance Group** 100 Erie Place Erie, PA 16530 | **Insurance** | | 428.00 |
| **Fidelity Bank** P.O. Box 1469 Fuquay Varina, NC 27526-1469 | **Fidelity Bank** P.O. Box 1469 Fuquay Varina, NC 27526-1469 | **Mortgage/Bank Loan** | | 518,000.00 |
| **McNeill Oil** P.O. Box 396 Aberdeen, NC 28315 | **McNeill Oil** P.O. Box 396 Aberdeen, NC 28315 | **Trade Debt** | | 120.00 |
| **Moore County Public Utilities** P.O. Box 1927 Carthage, NC 28327 | **Moore County Public Utilities** P.O. Box 1927 Carthage, NC 28327 | | | 6.10 |
| **Progress Energy** P.O. Box 2041 Raleigh, NC 27602 | **Progress Energy** P.O. Box 2041 Raleigh, NC 27602 | **Trade Debt** | | 127.10 |
| **Progress Energy** P.O. Box 2041 Raleigh, NC 27602 | **Progress Energy** P.O. Box 2041 Raleigh, NC 27602 | **Trade Debt** | | 49.15 |
| **Progress Energy** P.O. Box 2041 Raleigh, NC 27602 | **Progress Energy** P.O. Box 2041 Raleigh, NC 27602 | **Trade Debt** | | 1,982.26 |

B4 (Official Form 4) (12/07) - Cont.

In re  **LOG, L.L.C.**  Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Progress Energy**<br>**P.O. Box 2041**<br>**Raleigh, NC 27602** | **Progress Energy**<br>**P.O. Box 2041**<br>**Raleigh, NC 27602** | **Trade Debt** | | 254.51 |
| **Seven Lakes Hardware**<br>**P.O. Box 406**<br>**West End, NC 27376** | **Seven Lakes Hardware**<br>**P.O. Box 406**<br>**West End, NC 27376** | **Trade Debt** | | 465.00 |
| **Simplex Grinell**<br>**Dept. CH 10320**<br>**Palatine, IL 60055-0320** | **Simplex Grinell**<br>**Dept. CH 10320**<br>**Palatine, IL 60055-0320** | **Trade Debt** | | **Unknown** |
| **Waste Industries**<br>**P.O. Box 580027**<br>**Charlotte, NC 28258** | **Waste Industries**<br>**P.O. Box 580027**<br>**Charlotte, NC 28258** | | | 278.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March  3, 2010**           Signature  **/s/ Marty R. McKenzie**
                                              **Marty R. McKenzie**
                                              **Manager/Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

In re    **LOG, L.L.C.**                                                 ,    Case No. _____

                            Debtor                                            Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marty R. McKenzie** <br> **PO Box 1553** <br> **Pinehurst, NC 28370** | | | **10% member interest** |
| **Silverado Associates Limited Partnership** <br> **285 Olmsted Blvd., Ste. 7** <br> **Pinehurst, NC 28374** | | **(100% owned by Marty R. McKenzie)** | **90% LLC member interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 3, 2010**                            Signature  **/s/ Marty R. McKenzie**_____

                                                                 **Marty R. McKenzie**
                                                                 **Manager/Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                      18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **LOG, L.L.C.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 3, 2010**

**/s/ Marty R. McKenzie**  
**Marty R. McKenzie**/**Manager/Member**  
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Aberdeen Exterminating
P.O. Box 493
Aberdeen, NC 28315


Be Van Phan and Thalla Villa Phan
dba Elegant Nails
222 E Central Park Ave
Pinehurst, NC 28374


Bivens Enterprises Inc.
dba Islands of Pinehurst
222 B Central Park Ave
Pinehurst, NC 28374


Brooks Eckerd Pharmacies
c/o Rite Aid Corporation
Rite Aid St 11515/Brooks Eckerd St 8963
P.O. Box 3165
Harrisburg, PA 17105


Carthage Saw & Mower
P.O. Box 893
Carthage, NC 28327


Century Link
P.O. Box 96064
Charlotte, NC 28296-0064


Erie Insurance
100 Erie Ins. Place
Erie, PA 16530


Erie Insurance Group
100 Erie Place
Erie, PA 16530


Fidelity Bank
P.O. Box 1469
Fuquay Varina, NC 27526-1469


Golden China
222 C Central Park Ave.
Welcome, NC 27374

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401


John Van
c/o James R. Van Camp, Esq.
2 Regional Circle
Pinehurst, NC 28374


LaSalle Bank National Association
as trustee for the registered holders of
Protective Finance Corporation REMIC
P.O. Box 2606
Birmingham, AL 35202


Lil Dinos
222 G Central Park Ave
Pinehurst, NC 28374


Lowe's Food Stores, Inc.
P.O. Box 24908
Winston Salem, NC 27114


Marty R. McKenzie
PO Box 1553
Pinehurst, NC 28370


McNeill Oil
P.O. Box 396
Aberdeen, NC 28315


Moore County Public Utilities
P.O. Box 1927
Carthage, NC 28327


Moore County Tax Dept.
P.O. Box 428
Carthage, NC 28327-0428


North Carolina Dept. of Revenue
Office Services Div-Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Olmsted Cleaners
222 D Central Park Avenue
Pinehurst, NC 28374


Olmsted Village Company, LLC
285 Olmsted Boulevard, Suite 7
Pinehurst, NC 28374


Professional Mortgage Company, Inc.
P.O. Box 1806
Greenville, SC 29602


Progress Energy
P.O. Box 2041
Raleigh, NC 27602


Protective Life Insurance Company
Attn: Investment Dept.
P.O. Box 2606
Birmingham, AL 35202


Seven Lakes Hardware
P.O. Box 406
West End, NC 27376


Simplex Grinell
Dept. CH 10320
Palatine, IL 60055-0320


The Olmsted Village Company, LLC
285 Olmsted Boulevard, Suite 7
Pinehurst, NC 28374


Waste Industries
P.O. Box 580027
Charlotte, NC 28258

| | | | |
|---|---|---|---|
| In re | **LOG, L.L.C.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LOG, L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 3, 2010** | **/s/ Gregory B. Crampton/Kevin L. Sink** |
| Date | **Gregory B. Crampton/Kevin L. Sink** |
| | Signature of Attorney or Litigant |
| | Counsel for **LOG, L.L.C.** |
| | **Nicholls & Crampton, PA** |
| | **3700 Glenwood Avenue** |
| | **Suite 500** |
| | **Raleigh, NC 27612** |
| | **919-781-1311 Fax:919-782-0465** |